IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Zhongwei Qiu, | Case No. 1:25-cv-15028 |
| Plaintiff, | |
| v. | Judge Charles P. Kocoras |
| THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | |

**PLAINTIFF'S MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER**

Plaintiff Zhongwei Qiu ("Plaintiff"), by and through undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 65(b)(2), for an Order extending the Temporary Restraining Order ("TRO") entered on December 22,2025 (Dkt. 11.) for good cause.

In support, Plaintiff states as follows:

1. This is a Schedule A intellectual property enforcement action against Defendants who operate e-commerce storefronts, including on Amazon.com, and who have sold and/or offered for sale the infringing products at issue in this case.

2. On December 22, 2025, this Court entered a TRO granting Plaintiff temporary injunctive relief, a temporary asset restraint, and expedited discovery (the "TRO"). The TRO provides that it shall remain in effect for fourteen (14) days and that any motion to extend the TRO shall be filed by December 29, 2025.

1

3. Rule 65(b)(2) permits a court to extend a TRO entered without notice for good cause. Good cause exists where the grounds for the originally granted TRO continue to exist and a brief extension is necessary to preserve the status quo and prevent irreparable harm. See 11A Wright & Miller, Fed. Prac. & Proc. § 2953 (3d ed.).

4. Good cause exists here for a brief extension of the TRO:

a. Active settlement discussions. There are ten (10) Defendants in this matter, and four (4) Defendants have contacted Plaintiff's counsel and are currently engaging in settlement negotiations. A brief extension will facilitate resolution without further burdening the Court, and will allow the parties to finalize agreements that are already underway.

b. Holiday timing has slowed communications and logistics. The TRO period overlapped with the Christmas holiday, which materially slowed communications, coordination, and the practical ability to complete settlement paperwork and related steps. Plaintiff has nevertheless acted diligently.

c. Amazon enforcement/freeze status remains pending and will materially assist settlement. Plaintiff has not yet received confirmation from Amazon regarding the results of account/listing disabling and/or funds restraint implemented pursuant to the TRO. Confirmation of Amazon's enforcement actions (including, where applicable, restrained funds information) will materially assist in negotiating and finalizing settlements, because it clarifies the status quo and promotes compliance.

d. No meaningful prejudice to Defendants. A brief extension will not meaningfully prejudice Defendants—particularly where multiple Defendants are actively negotiating settlement.

The requested relief maintains the status quo ordered by the Court while settlement discussions proceed.

e. The original danger of asset dissipation remains. The risk that Defendants may shut down storefronts, withdraw funds, and transfer assets out of the jurisdiction remains present. The reasons supporting the TRO continue to apply, and an extension is necessary to prevent dissipation and preserve the Court's ability to grant effective relief. See 11A Wright & Miller, Fed. Prac. & Proc. § 2953 (3d ed.).

5. Accordingly, Plaintiff respectfully requests that the Court extend the TRO for fourteen (14) additional days from its current expiration date (or for such other period as the Court deems appropriate), and grant such other and further relief as the Court deems just and proper.

A Proposed Order is concurrently submitted.

Dated this 28th day of December, 2025

                                              Respectfully submitted
                                              By: /s/ *Jia Song*
                                              Jia Song, Esq.
                                              Mao Peng, Esq.
                                              418 Broadway # 8384
                                              Albany, NY 12207
                                              Jia.song@summitlaw.net
                                              Mao.peng@summitlaw.net
                                              Attorneys for Plaintiff Zhongwei Qiu