IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Zhongwei Qiu,<br><br>      Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>      Defendants. | Case No. 1:25-cv-15028<br><br>Judge Charles P. Kocoras<br><br>Magistrate Judge Jeffrey T. Gilbert |

**ORDER**

This matter coming before the Court on Plaintiff's Motion to Extend the Temporary Restraining Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED:.

1. Plaintiff's Motion is GRANTED.

2. The Temporary Restraining Order entered on December 22, 2025 (Dkt. 11.) is extended for fourteen (14) days from its current expiration date, and shall remain in effect through January 19, 2026, unless further extended by the Court for good cause or by consent of the parties..

SO ORDERED.

Date 1/6/2026

                                                        Honorable Judge Charles P. Kocoras
                                                        U. S. District Court Judge