**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Zhongwei Qiu,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        Defendants. | Case No. 1:25-cv-15028<br><br>Judge Charles P. Kocoras<br><br>Magistrate Judge Jeffrey T. Gilbert |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Zhongwei Qiu ("Plaintiff") hereby dismisses this action as to the following Defendants:

| **Defendant** | **Line No.** |
|---|---|
| Philosophers Arts and Crafts | 4 |
| WUXTANGZ | 7 |
| FliipFlaap Toys | 8 |
| POSSHE Direct | 10 |

1

Dated this 13th day of January, 2026

>Respectfully submitted
>By: /s/ *Jia Song*
>Jia Song, Esq.
>Mao Peng, Esq.
>418 Broadway # 8384
>Albany, NY 12207
>(917)293-9201
>(778)882-3518
>Jia.song@summitlaw.net
>Mao.peng@summitlaw.net
>
>*Attorneys for Plaintiff Zhongwei Qiu*