**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Zhongwei Qiu,<br><br>      Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>      Defendants. | Case No. 1:25-cv-15028<br><br>Judge Charles P. Kocoras<br><br>Magistrate Judge Jeffrey T. Gilbert |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Zhongwei Qiu ("Plaintiff") hereby dismisses this action as to the following Defendants:

| **Defendant** | **Line No.** |
|---|---|
| HyperFun | 2 |
| DUQGUHO | 9 |

1

Dated this 18th day of January, 2026

        Respectfully submitted
By: /s/ *Jia Song*
Jia Song, Esq.
Mao Peng, Esq.
418 Broadway # 8384
Albany, NY 12207
(917)293-9201
(778)882-3518
Jia.song@summitlaw.net
Mao.peng@summitlaw.net

*Attorneys for Plaintiff Zhongwei Qiu*